UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD A. CANATELLA,           )
                                )
          Plaintiff(s),         )      No. C05-2415 BZ
                                )
     v.                         )      **SCHEDULING ORDER**
                                )
JOHN VAN DE KAMP, ESQ., et      )
al.,                            )
                                )
          Defendant(s).         )
_____ )

**IT IS HEREBY ORDERED** that a hearing on plaintiff's motion for preliminary injunction is scheduled for Wednesday, **September 7, 2005, at 10:00 a.m.**, in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102, on condition that plaintiff has served defendants by July 25, 2005.  Any opposition to plaintiffs' motion must be filed no later than **August 8, 2005.**  Any reply must be filed no later than **August 15, 2005.**  Plaintiff must serve a copy of this order on each defendant.

Dated:  July 14, 2005

_____
           Bernard Zimmerman
    United States Magistrate Judge

G:\BZALL\-BZCASES\CANATELLA\SCHEDULING.ORD.wpd

1