RICHARD A. CANATELLA (SB # 53264)
RONALD M. TORAN (SB # 84027)
Cotter & Del Carlo
4610 Mission Street, Suite 203
San Francisco, CA 94112
(415) 584-5446
(415) 584-5447 FAX

Attorneys for Plaintiff Richard A. Canatella

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD A. CANATELLA,<br><br>  Plaintiff,<br><br>v.<br><br>JOHN VAN DE KAMP, ESQ., MARIE M. MOFFAT, ESQ., JAY M. GOLDMAN, ESQ., NANCY P. McCARTHY, ESQ., CALIFORNIA BAR JOURNAL, ROBERT A. HAWLEY, ESQ., RICHARD J. ZANASSI, ESQ., MARTHA L. DAETWYLER, ESQ.,<br><br>  Defendants.<br>_____/ | **No. C 05 2415 - BZ**<br><br>~~PROPOSED~~ **ORDER GRANTING ADMINISTRATIVE MOTION FOR LEAVE TO FILE OVERSIZED BRIEF**<br><br>**Hearing: October 12, 2005**<br><br>**Time: 10:00 a.m.**<br><br>**Courtroom No. G - 15th FLR**<br><br>**450 Golden Gate Avenue**<br>**San Francisco CA 94102** |

**PROPOSED ORDER, ETC.**

The Motion of Plaintiff for Administrative Relief granting leave to file an oversized brief, pursuant to stipulation, regarding Plaintiff's opposition to the Bar Defendants' motion and supplemental motions to dismiss including 36 pages and Plaintiff's opposition of 35 pages, came on regularly.

**THE COURT FINDS** that the requirements of N.D. Cal. Civil L.R. 7-11 (2005), have been met and the motion to file an oversized brief is not otherwise governed by a federal statute, Federal or local rule or standing order of the Court.

Accordingly, good cause appearing,

**IT IS ORDERED:**

1. The Motion is **GRANTED**.

2. Plaintiff may file and serve an oversized brief regarding Plaintiff's opposition to the Bar Defendants' motion and supplemental motions not to exceed 35 pages.

Dated: Sept. 26, 2005.

_____
**BERNARD ZIMMERMAN**
United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Bernard Zimmerman*