UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. CANATELLA,<br><br>            Plaintiff(s),<br><br>     v.<br><br>JOHN VAN DE KAMP, ESQ., et al.,<br><br>            Defendant(s). | No. C05-2415 BZ<br><br>**ORDER VACATING HEARING** |

**IT IS HEREBY ORDERED** that the hearing scheduled for December 7, 2005, is **VACATED**. All motions are taken under submission. The court will schedule a hearing if it determines one is necessary. The litigation stay ordered at the prior hearing remains in effect.

Dated: December 6, 2005

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\CANATELLA\ORDER VACATING HEARING.WPD

1