UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICHARD A. CANATELLA, | ) | |
| Plaintiff(s), | ) | No. C05-2415 BZ |
| v. | ) | **ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION, OR FOR CERTIFICATION FOR IMMEDIATE APPEAL** |
| JOHN VAN DE KAMP, ESQ., et al., | ) | |
| Defendant(s). | ) | |

On December 16, 2005, plaintiff filed a motion for leave to file a motion for reconsideration, or for certification for immediate appeal of my December 13, 2005 Order dismissing plaintiff's claims against defendant Daetwyler.  I dismissed plaintiff's claims against the remaining defendants and entered final judgment in favor of defendants on December 19, 2005.  Therefore, plaintiff's motion is **DENIED as moot**.  All pending dates shall be **VACATED**.

Dated:  December 27, 2005

*Bernard Zimmerman*
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\CANATELLA\RECONSIDER.ORD.wpd

1